The manière de faire des arbres est unique, des arbres qui n'ont aucune overlap, qui sont simplement perturbés, donc tout le reste de nos arbres arrive en bon tir,  et proposer un autre décollage. Le décollage est un processus de production,          donc tout le reste de nos arbres arrive en bon tir, avec un processus de production. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20. 9, 10, 11, 14, 15, 16, 17, 18, 19, 20. 9, 10, 11, 14, 15, 16, 17, 18, 19, 20. Goodnight. Goodnight. How are you all? We're starting. We just mentioned a few words that came to mind. First of all, Demon assigned us all our tasks. Well, the first one was... Yes. Yes. I'll explain part of what it means. It was... It was the day before assumed perilous affair Yes. Well,  And then it was... What was its name, again? Oh, Demon. No. Yes. Demon and Mage. What was the name of the other one that is shown now? Oh, this one, this one. Oh. Oh.    Yes. Yes, it is.  Yes. Yes. Yes, I am working on it, because it seems to me that there is other transmission, which are organized. Yes. Yes. Yes.  Yes. Yes. Okay.